1056

*In the Matter of the Marriage of* SANDRA LYNN KRAUSE-OLSON, *Respondent*, and THOMAS A. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-03094-2, Beverly G. Grant, J., entered November 10, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Penoyar, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY EARL LANNING, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02531-0, Barbara D. Johnson, J., entered December 14, 2005. *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Penoyar, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. MARY ELIZABETH TRICKETT, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01718-0, Diane M. Woolard, J., entered December 20, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Penoyar, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROBERT GUTIERREZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00001-0, Kenneth L. Jorgensen, J., entered November 15, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J.